# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2015

Robert P. Young, Jr.,
Chief Justice

150491

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 150491
                            COA: 318633
PIERRE LAMAR TAYLOR,          Wayne CC: 11-009674-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015



a0416

                            Clerk